IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Eva Anderson,<br>　　　　　*Plaintiff,*<br>　v.<br>Kenneth L. Baritz, Esq., Baritz Law Associates, LLC, PMC Property Group, Inc.,<br><br>　　　　　*Defendants.* | CIVIL ACTION<br>NO. 24-2095 |

## ORDER

**AND NOW**, this 27th day of January 2025, upon consideration of PMC Property Group's Motion to Dismiss (ECF No. 23), the Motion to Dismiss by Kenneth L. Baritz and Baritz Law Associates (ECF Nos. 24 & 25), Anderson's Consolidated Response in Opposition (ECF No. 30), PMC's Reply in Support (ECF No. 32), and the Baritz Defendants' Reply in Support (ECF No. 31), it is **ORDERED** that:

1. PMC's Motion is **GRANTED**.  Anderson's claims against PMC are **DISMISSED without prejudice**, and Anderson may amend again, on or before **February 26, 2025**, consistent with the accompanying Memorandum Opinion.  If Anderson has not filed a Second Amended Complaint by then, the Court will dismiss her claims against PMC with prejudice.

2. The Baritz Defendants' Motion is **DENIED**.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Gerald J. Pappert*
　　　　　　　　　　　　　　　　　　　　　　　　Gerald J. Pappert, J.