IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Eva Anderson,<br><br>　　　　　*Plaintiff,*<br><br>　　v.<br><br>Kenneth L. Baritz, Esq., et al,<br><br>　　　　　*Defendants.* | CIVIL ACTION<br>NO. 24-2095 |

## ORDER

**AND NOW**, this 23rd day of April 2025, upon consideration of the Motion to Dismiss filed by PMC Property Group, 30 North 23rd Street Associates and Ron Caplan (ECF No. 39), Anderson's Response (ECF No. 43), the Reply filed by PMC, 30 North 23rd and Caplan (ECF No. 46), Anderson's Motion for Leave to add Defendants (ECF No. 44), and the Response filed by PMC, 30 North 23rd and Caplan (ECF No. 48), it is **ORDERED** that:

1. The Motion to Dismiss (ECF No. 39) is **GRANTED**;
2. The Motion for Leave (ECF No. 44) is **DENIED**;
3. Anderson's claims against PMC, 30 North 23rd and Caplan are **DISMISSED with prejudice**.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*/s/ Gerald J. Pappert*
　　　　　　　　　　　　　　　　　　　　Gerald J. Pappert, J.