IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVA ANDERSON,<br><br>　　　　　*Plaintiff,*<br><br>　　v.<br><br>KENNETH L. BARITZ, et al.,<br><br>　　　　　*Defendants.* | CIVIL ACTION<br>NO. 24-2095 |

### ORDER

**AND NOW**, this 10th day of December, 2025, upon consideration of plaintiff Eva Anderson's Motion for Recusal and to Stay Proceedings (Dkt. No. 93) and Motion to Disqualify and to Stay Proceedings (Dkt. No. 94) and defendants' Response (Dkt. No. 101), it is **ORDERED** that the Motions are **DENIED**.[1]

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　***/s/ Gerald J. Pappert***
　　　　　　　　　　　　　　　　　　　　　Gerald J. Pappert, J.

---

[1] In its December 2 order, the Court denied those portions of Anderson's motions seeking a stay. (Order at 1, Dkt. No. 95.)