IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVA ANDERSON,<br><br>    *Plaintiff,*<br><br> v.<br><br>KENNETH L. BARITZ, et al.,<br><br>    *Defendants.* | CIVIL ACTION<br>NO. 24-2095 |

# **ORDER**

**AND NOW**, this 23rd day of December, 2025, upon consideration of defendants' Motion for Sanctions (Dkt. No. 84), the parties' briefs in support and opposition (Dkt. Nos. 85, 88 & 92) and the defendants' declarations (Dkt. Nos. 106 & 107), and after holding a hearing (Dkt. No. 102), it is **ORDERED** that the Motion is **GRANTED in part**.

1. Eva Anderson is **ORDERED** to pay defendants the reasonable expenses, including attorney's fees, caused by her failure to appear for her deposition—in the amount of $5,316.00, consistent with the accompanying Memorandum; and

2. All payments must be made on or before **Friday, January 22, 2026** and sent to Kaufman Dolowich Voluck LLP care of Monica Littman, Esq., One Liberty Place, 1650 Market Street, Suite 4800, Philadelphia, PA 19103.

                 BY THE COURT:

                 ***/s/ Gerald J. Pappert***
                 Gerald J. Pappert, J.