### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EVA ANDERSON,

        *Plaintiff,*

   v.

KENNETH L. BARITZ, et al.,

        *Defendants.*

CIVIL ACTION
NO. 24-2095

### ORDER

**AND NOW**, this 13th day of February, 2026, upon consideration of plaintiff Eva Anderson's Motion to Stay Enforcement of Sanctions Pending Final Judgment or Appellate Review (Dkt. No. 114) and the defendants' response (Dkt. No. 116), it is **ORDERED** the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.